1

2

3

4

5

6

7

8                 **UNITED STATES DISTRICT COURT**

9                 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 STEVEN D. PHEGLEY,            Case No. EDCV 14-0645 SS

12             Plaintiff,

13      v.                     **JUDGMENT**

14 CAROLYN W. COLVIN, Acting
Commissioner of the Social

15 Security Administration,

16             Defendant.

17

18

19      IT IS ADJUDGED that the decision of the Commissioner is

20 AFFIRMED and that the above-captioned action is dismissed with

21 prejudice.

22

23 DATED:  March 2, 2015

24

25                        /S/
                       SUZANNE H. SEGAL

26                        UNITED STATES MAGISTRATE JUDGE

27

28